# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH L. JOSEPH dba SUNRISE EQUIPMENT COMPANY | ) ) | CASE NO. 5:23-cv-1670 |
| Plaintiffs, | ) ) ) | JUDGE SARA LIOI |
| -vs- | ) ) | **DEFENDANT LANDSTAR RANGER, INC.'S (incorrectly identified as Risk Management Claim Service, Inc., dba Landstar) CORPORATE DISCLOSURE STATEMENT** |
| ADVANCED TRANSPORTATION, INC., et al. | ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of Defendant Landstar Ranger, Inc., incorrectly identified as Risk Management Claim Service, Inc. dba Landstar ("Landstar"):

Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    __X__ Yes          _____ No.

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

Landstar is a wholly owned subsidiary of Landstar System, Inc., a publicly traded company.

Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    __X__ Yes          _____ No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

23194863 v1

See the response to No. 1, above.

| | |
|---|---|
| **BENESCH, FRIEDLANDER,**<br>**COPLAN & ARONOFF LLP** | */s/ Clare R. Taft*<br>Clare R. Taft (0076570)<br>**BENESCH, FRIEDLANDER, COPLAN &**<br>  **ARONOFF LLP**<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114-2378<br>Telephone: (216) 363-4500<br>Facsimile: (216) 363-4588<br>Email: ctaft@beneschlaw.com<br><br>Marc S. Blubaugh (0068221)<br>**BENESCH, FRIEDLANDER, COPLAN &**<br>  **ARONOFF LLP**<br>41 South High Street, Suite 2600<br>Columbus, Ohio 43215<br>Telephone: (614) 223-9300<br>Facsimile: (614) 223-9330<br>Email:mblubaugh@beneschlaw.com<br><br>*Attorneys for Defendant Landstar Ranger, Inc.,*<br>*incorrectly identified as Risk Management Claim*<br>*Service Inc. dba Landstar* |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically on the 5th day of September 2023 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

<em>/s/Clare R. Taft</em><br>
Clare R. Taft

23194863 v1